UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
SEP - 3 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
    Plaintiff, )
v. ) **4:25CR466 ZMB/JMB**
DE JIN YE, and )
GUO LIANG YE, )
    Defendants. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 2, 2025, in Saint Charles County within the Eastern District of Missouri,

**DE JIN YE**
**and**
**GUO LIANG YE**

the Defendants herein, knowing and in reckless disregard of the fact that aliens, had come to, entered and remained in the United States in violation of the law, did conceal, harbor and shield, and attempt to conceal, harbor and shield from detection said aliens.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii); Title 8, United States Code, Section 1324(a)(1)(B)(i); Title 8, United States Code, Section 1324(a)(1)(A)(v)(II).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
Dianna R. Collins, #59641
Assistant United States Attorney