UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:25-CR-00466-ZMB-JMB ) |
| DA JIN YE, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR THE ARREST OF MATERIAL WITNESS**
**I MADE PRADIA ARSA BHISAMA**

COMES NOW Defendant Da Jin Ye, by and through undersigned counsel, Marc M. Johnson and hereby files this memorandum in support of Defendant's motion for the arrest and continued detention of I Made Pradia Arsa Bhisama, pursuant to Title 18, United States Code, Section 3144. In support of the motion, Defendant further states:

1. On September 3, 2025, Da Jin Ye and Gou Liang Ye were indicted by a grand jury in the Eastern District of Missouri for violations of Title 8, United States Code, Section 1324(a)(1)(A)(iii) (Bringing in and Harboring Aliens).

2. On the preceding day, September 2, 2025, federal agents and law enforcement personnel acting at the direction of the federal government executed at least three search warrants at three separate locations.

3. During the execution of the search warrants, federal agents or law enforcement personnel acting at the direction of the federal government arrested I Made Pradia Arsa Bhisama.

4. This individual provided a statement to the government following their arrest

5. whereby they admitted to providing Gou Liang Ye and or Da Jin Ye documentation indicating that they were in the United States legally and could legally work in this country.

5. Such statements indicate that I Made Pradia Arsa Bhisama is both a material and favorable witness to the defense.

6. I Made Pradia Arsa Bhisama is currently in the custody of the United States on the government's *ex parte* motion for the arrest of a material witness pursuant to the same statute defendant now invokes in moving this Court for continued detention.

7. An interview was scheduled at an ICE Facility, where co-counsel was permitted to conduct informal interviews with several witnesses including I Made Pradia Arsa Bhisama on October 8, 2025. Also attending the interviews were defendant's retained private investigator and Assistant United States Attorney Dianna Edwards.

8. At the interview, I Made Pradia Arsa Bhisama, improperly invoked their right to the Fifth Amendment and refused to answer questions posed by the defense which were not guilt seeking questions.

9. Under Title 18 United States Code, Section 3144, this Court has the authority to detain a material witness if 1) a party files an affidavit establishing the witness' materiality; 2) and if it is shown that securing the presence of the witness through a subpoena would be impracticable.

10. The release of the witness may be delayed in order to secure a deposition of the witness within a reasonable amount of time pursuant to Federal Rule of Criminal Procedure 15.

11. Attached to this memorandum of support is an affidavit setting forth the materiality of

this witness.

12. Attached also as Exhibit A is email correspondence from Assistant United States Attorney Dianna Edwards indicating that this witness intends to leave the country on Friday October 10, 2025.

    Respectfully Submitted,

    ROSENBLUM, SCHWARTZ, FRY & JOHNSON, PC

By:   */s/ Marc M. Johnson*
     MARC M. JOHNSON, #58065MO
     Attorney for Defendant
     120 S. Central Avenue, Suite 130
     St. Louis, Missouri 63105
     (314) 862-4332/Facsimile (314) 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.