# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Bob Thomure, being first duly sworn, hereby depose and state as follows:

## Introduction and Background

1. I am an Investigator with Metro One Investigations. I have been so employed for thirty years. I was previously employed as a law enforcement officer with the City of St. Louis Police Department for twenty-one years. I have extensive experience in the investigation of state and federal criminal and administrative violations, including violations of immigration law under Titles 18 and 8 of the United States Code.

2. Based on the facts below, the testimony of I Made Pradia Arsa Bhisama is material to a criminal proceeding against Da Jin YE (**DA JIN**) and Gua Liang YE (**LIANG**), and it is impracticable to secure the presence of Ketut Yasa by subpoena. For that reason, your affiant seeks a material witness warrant pursuant to Title 18, United States Code, Section 3144.

3. On September 3, 2025, Gua Liang Ye and Da Jin Ye were indicted by a grand jury in the Eastern District of Missouri for violations of Title 8, United States Code, Section 1324(a)(1)(A)(iii) (Bringing in and Harboring Aliens).

4. On Tuesday, September 23, 2025, I was retained by counsel, who represents Da Jin YE and Gua Liang YE in 4:25-cr-466.

5. I have reviewed a Department of Homeland Security Investigations Report, disclosed by the Government to counsel, regarding I Made Pradia Arsa Bhisama. On September 2, 2025, Valen Chandra informed Homeland Security Investigations (HIS) Special Agent (SA) Michael Schroeder and Enforcement and Removal Operations (ER) Deportation Officer (DO) Doug Standafer of the following:

    (a). He has worked at the Golden Apple for four (4) months;
    (b). He provided a social security card when he was hired.

6. On October 8, 2025, I was present for a material witness interview with I Made Pradia Arsa Bhisama. Assistant United States Attorney Dianna Collins and counsel for Da Jin YE and Gua Liang YE were present. During the interview, I Made Pradia Arsa Bhisama invoked the Fifth Amendment.

7. I believe the testimony of I Made Pradia Arsa Bhisama would be favorable for the defense at trial.

8. Accordingly, I believe I Made Pradia Arsa Bhisama to be a material witness under pursuant to Title 18, United States Code, Section 3144.

*[signature]* 10/8/2025
_____
Bob Thomure
Metro One Investigations


Sworn and subscribed to me this __8th__ day of October, 2025

```
           JOANNA NEWBERRY
     NOTARY PUBLIC - NOTARY SEAL
          STATE OF MISSOURI
  MY COMMISSION EXPIRES JULY 8, 2029
            ST. LOUIS COUNTY
         COMMISSION #21369434
```